| AO 10 Rev. 1/2013 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2014** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>Bowman, Leslie A. | 2. Court or Organization<br><br>U.S. District Court - Arizona | 3. Date of Report<br><br>05/07/2015 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge - Full Time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

U.S. District Court
Evo A. DeConcini U.S. Courthouse
405 West Congress Street, Suite 3170
Tucson, Arizona 85701-5054

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑    NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑    NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 05/07/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Physician, self-employed |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 05/07/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Ocwen Loan Servicing, LLC | Mortgage on Rental Property, Pima County (Pt. VII, line 5) | N |
| 2. | Merrill Lynch | Mortgage on Rental Property, Pima County (Pt. VII, line 6) | N |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 05/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. US Bank Account | A | Interest | J | T | | | | | |
| 2. Wells Fargo Bank Accounts | A | Interest | J | T | | | | | |
| 3. Capitol One Accounts | A | Interest | M | T | | | | | |
| 4. Bank of America Account | A | Interest | J | T | | | | | |
| 5. Rental Property #1, Pima County, AZ | E | Rent | N | W | | | | | |
| 6. Rental Property #2, Pima County, AZ | E | Rent | M | W | | | | | |
| 7. Formula Investing US Value Select Fd | B | Dividend | | | Sold | 03/04/14 | K | D | |
| 8. Diversified Van Inst Indx Plus | A | Dividend | K | T | Sold (part) | 12/22/14 | J | | |
| 9. Diversified Vanguard SmCap Indx Plus | A | Dividend | K | T | Sold (part) | 12/22/14 | J | | |
| 10. Vanguard Total Stock Market Indx Adm | A | Dividend | | | Sold (part) | 01/23/14 | M | | |
| 11. | | | | | Sold | 10/24/14 | K | B | |
| 12. Vanguard Extended Market Indx | A | Dividend | | | Buy (add'l) | 01/23/14 | J | | |
| 13. | | | | | Buy (add'l) | 01/31/14 | J | | |
| 14. | | | | | Buy (add'l) | 03/03/14 | J | | |
| 15. | | | | | Sold | 10/23/14 | L | E | |
| 16. Vanguard Total International Stock Indx | B | Dividend | M | T | | | | | |
| 17. Vanguard Institutional Indx | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 05/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Prime Money Market Sweep Account | A | Interest | J | T | Buy (add'l) | 02/05/14 | J | | |
| 19. Vanguard Health Care Fd Investor Shares | A | Dividend | K | T | | | | | |
| 20. Vanguard Large Cap Indx Fd Adm Shares | B | Dividend | M | T | | | | | |
| 21. Vanguard Reit Indx Fd Adm Shares | A | Dividend | K | T | | | | | |
| 22. Vanguard Small Cap Indx Fd Adm Shares | A | Dividend | M | T | | | | | |
| 23. Vanguard Total International Stock Indx Fd Adm Shares | C | Dividend | L | T | | | | | |
| 24. Apple | A | Dividend | K | T | Sold (part) | 02/03/14 | L | | |
| 25. China Agri Business Inc | A | Dividend | | | Sold | 02/05/14 | J | | |
| 26. Google | A | Dividend | | | Sold | 02/03/14 | L | D | |
| 27. Visa Inc Class A | A | Dividend | | | Sold | 02/03/14 | L | D | |
| 28. Vanguard S & P 500 Index ETF | D | Dividend | N | T | | | | | |
| 29. Vanguard Consumer Discretionary ETF | B | Dividend | L | T | Buy (add'l) | 02/07/14 | K | | |
| 30. Vanguard Small Cap ETF | B | Dividend | M | T | Buy (add'l) | 02/10/14 | K | | |
| 31. Vanguard Healthcare ETF | B | Dividend | L | T | Buy (add'l) | 02/05/14 | K | | |
| 32. Vanguard Financials ETF | B | Dividend | L | T | Buy (add'l) | 02/06/14 | K | | |
| 33. UBS Money Market | A | Dividend | J | T | Buy | 11/14/14 | J | | |
| 34. | | | | | Buy (add'l) | 12/26/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 05/07/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 12/30/14 | J | | |
| 36. Vanguard REIT | B | Dividend | L | T | Buy | 02/18/14 | L | | |
| 37. Vanguard Information Tech | B | Dividend | L | T | Buy | 02/03/14 | K | | |
| 38. Vanguard 500 Index Fund ADM | A | Dividend | J | T | Buy | 03/14/14 | K | | |
| 39. | | | | | Buy (add'l) | 05/05/14 | J | | |
| 40. | | | | | Buy (add'l) | 06/09/14 | J | | |
| 41. | | | | | Sold (part) | 10/23/14 | K | | |
| 42. Vanguare Emerging Market Stock Index Adm | A | Dividend | | | Sold | 01/23/14 | K | | |
| 43. Vanguard Extended Mkt ETF | C | Dividend | M | T | | | | | |
| 44. Vanguard Total International ETF | C | Dividend | M | T | Buy (add'l) | 02/10/14 | K | | |
| 45. | | | | | Buy (add'l) | 02/18/14 | J | | |
| 46. Vanguard Value Index Fund | A | Dividend | J | T | Buy | 04/17/14 | J | | |
| 47. Vanguard FTSE All World EXUS | A | Dividend | J | T | Buy | 04/17/14 | J | | |
| 48. Vanguard Sm Cap Value Index | A | Dividend | J | T | Buy | 04/17/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 05/07/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In 2013 I inadvertently listed the same investment on lines 16 and 35. Those are now consolidated on line 12.

In 2013 I mistakenly listed Invensense, line 47, with a buy on 10/30/13. There was a buy on 3/18/13 with a value of J, and it was sold on 10/30/13 for a value of K. Therefore it does not show on my 2014 FIDO because it was not owned during that year.

In 2013 I failed to list Vanguard Emerging Mkt St Index Adm which we bought on 11/15/13 for a value of K. On my 2014 report it is listed on line 42.

Line 43 lists Vanguard Extended Mkt ETF, a fund that was not reported on my 2013 FIDO report. I confused it with 2013 line 35 because the names are so similar. It was a buy on 10/17/13 with a value of M.

Line 44 lists Vanguard International ETF, a fund that was not reported on my 2013 FIDO report. I confused it with 2013 line 17 because the names are so similar. It was a buy on 10/17/13 with a value of L.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Leslie A. Bowman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544